# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LOUIS KEYS,**

    Plaintiff,

v.                                                            **Case No. 20-CV-1235**

**JOSEPH COLE,** *et al.***,**

    Defendants.

## ORDER

Plaintiff Louis Keys filed a "motion to clarify, motion to amend/correct complaint." (ECF No. 13.) The motion does not relate to this case. (*See id.*) It only mentions questions and issues about a different case pending before Judge Adelman, 20-cv-184 *Keys v. Waldschmidt*. Accordingly, the court will deny Keys's "motion to clarify, motion to amend/correct complaint." Judge Adelman will resolve the motion in his case.

**IT IS THEREFORE ORDERED** that Keys's motion to clarify, motion to amend/correct the complaint (ECF No. 13) is **DENIED.**

Dated at Milwaukee, Wisconsin this 9th day of November, 2020.

                                                WILLIAM E. DUFFIN
                                                U.S. Magistrate Judge